1  **STEWART L. KATZ, # 127425**
   **LAW OFFICES OF STEWART L. KATZ**
2  **Attorney at Law**
   601 University Avenue, Suite Q
3  Sacramento, CA  95825
   Stewart L. Katz
4  Telephone: (916) 444-5678
   Facsimile: (916) 444-3364
5
   Attorneys for Plaintiff KATHLEEN PASTULA
6

7  **FRANKLIN G. GUMPERT, #66051**
   **BARKETT & GUMPERT**
8  **Attorneys at Law**
   3400 Cottage Way, Suite Q
9  Sacramento, CA  95825
   Telephone: (916) 481-3683
10 Facsimile: (916) 481-3948

11 Attorneys for Defendant COUNTY OF EL DORADO

12
                 IN THE UNITED STATES DISTRICT COURT
13
           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15 KATHLEEN PASTULA,                          No. 2:09-CV-01574-FCD-EFB

16          Plaintiff,                        STIPULATION AND ORDER FOR
                                              DISMISSAL OF ENTIRE ACTION
17 vs.                                        WITH PREJUDICE

18 COUNTY OF EL DORADO, EL DORADO
   COUNTY SHERIFF JEFF NEVES; EL
19 DORADO COUNTY SHERIFF'S OFFICE
   SERGEANT JEFF DREHER (Badge #X485);        [Rule 41(a)(1)(A)(ii)]
20 EL DORADO COUNTY SHERIFF'S OFFICE
   CORRECTIONAL SERGEANT CHRIS KOONTZ
21 (Badge #S225); EL DORADO COUNTY
   SHERIFF'S OFFICE CORRECTIONAL
22 OFFICER AMANDA JOHNSON (Badge
   #J1115); EL DORADO COUNTY SHERIFF'S
23 OFFICE DEPUTY DARREN BRADLEY (Badge
   #D1364); and DOES I through 20,
24 inclusive,

25          Defendants.
                                          /
26
           IT IS HEREBY STIPULATED between the parties, Plaintiff
27
   KATHLEEN PASTULA and Defendant COUNTY OF EL DORADO, that pursuant
28

                                      1
   STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the entire action shall be dismissed, with prejudice.

DATED: September 20, 2009        LAW OFFICE OF STEWART KATZ

                                     By:   /s/ Stewart Katz
                                            STEWART KATZ, # 127425
                                            Attorneys for Plaintiff
                                            KATHLEEN PASTULA

DATED: September 21, 2009        BARKETT & GUMPERT
                                      Attorneys at Law

                                     By    /s/ Franklin G. Gumpert
                                          FRANKLIN G. GUMPERT, #66051
                                            Attorneys for Defendant   COUNTY OF EL DORADO

**ORDER**

       The parties having stipulated and good cause appearing therefor, IT IS SO ORDERED.

DATED: September 22, 2009

                                              _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE